IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER RILEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-1487 |
| | : | |
| OLDHAM GLOBAL, LLC | : | |

**<u>ORDER</u>**

AND NOW, this 13th day of February, 2025, upon consideration of Defendant Oldham Global, LLC's Motion to Dismiss Count II of Plaintiff's Complaint (ECF No. 6), responses thereto, and for the reasons stated in the accompanying memorandum, it is ORDERED the Motion is DENIED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.