IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER R. RILEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-1487 |
| | : | |
| OLDHAM GLOBAL, LLC | : | |

# **ORDER**

AND NOW, this 24th day of September, 2025, upon consideration of Defendant Oldham Global, LLC's Brief in Support of Its Motion for Summary Judgment (ECF No. 55), Plaintiff Christopher R. Riley's Motion for Summary Judgment (ECF No. 56), the briefings on the Motions, oral arguments that occurred on August 28, 2025, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motions are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.