IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER R. RILEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-1487 |
| | : | |
| OLDHAM GLOBAL, LLC | : | |

**ORDER**

AND NOW, this 12th day of August, 2026, upon consideration of Defendant Oldham Global, LLC's Motion for a New Trial (Dkt. No. 103), the briefings on the Motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.